UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL YOUNG,<br><br>        Plaintiff,<br><br>v.<br><br>THE AMERICAN LEGION, *et al.*,<br><br>        Defendants. | Case: 1:16-cv-00768   (F-Deck)<br>Assigned To : Unassigned<br>Assign. Date : 4/26/2016<br>Description: Pro Se Gen. Civil |

## MEMORANDUM OPINION

This matter is before the Court on plaintiff's application to proceed *in forma pauperis* and his *pro se* civil complaint. The application will be granted, and the complaint will be dismissed.

Plaintiff, a veteran, alleges that defendants "attempt[ed] to sabotage[]" his claim for medical benefits by claiming that plaintiff "filed hi[s] medical claims to[o] late, that he had excessive relationships and sex with the 14 doctors who supported his medical [claim]," and "told [the Board of Veterans Appeals] not to award" his claim. Compl. at 1. He purports to bring this claim under 42 U.S.C. § 1983. *See id.*

To state a claim under § 1983, a complaint must allege facts sufficient to show that a person acting under color of State or District of Columbia law committed an action which deprived the plaintiff of rights protected under the United States Constitution or federal law. *See West v. Atkins*, 487 U.S. 42, 48 (1988). This complaint neither identifies a constitutional violation nor makes factual allegations to show that a person acting under color of state law is responsible for the constitutional violation.

4

Where, as here, a complaint fails to "contain sufficient factual matter, accepted as true, to state a claim to relief that is plausible on its face," *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009), it is subject to dismissal. An Order is issued separately.

DATE: 4/22/2016

_____
United States District Judge